UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. OCHEOWELLE OKEKE,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-450** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL.,**<br>    Defendants | **SECTION: "E" (4)** |

## ORDER

On August 20, 2020, this Court issued Gen. Order No. 20-10 in response to COVID-19.[1]

Accordingly;

**IT IS ORDERED** that the in-person status conference set for **Thursday, October 29, 2020, at 10:00 a.m.**[2] is hereby **CONVERTED** to a telephone conference. The Court will provide all counsel with the call-in instructions necessary to participate in this conference.

New Orleans, Louisiana, this 23rd day of October, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] COVID-19, Gen. Order No. 20-10 (E.D. La. August 20, 2020), *available at* https://www.laed.uscourts.gov/sites/default/files/pdfs/EDLA-GeneralOrder20-10ContinuingProceedings.pdf
[2] R. Doc. 17.