UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. OCHEOWELLE OKEKE,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 20-450 |
| ADMINISTRATORS OF THE TULANE<br>EDUCATIONAL FUND, ET AL.,<br>    Defendants | SECTION: "E" (4) |

**ORDER**

Pursuant to the Scheduling Order, a settlement conference must be held not later than two weeks prior to the pretrial conference. The pretrial conference is set for February 4, 2021 at 1:00 p.m.[1] The record reflects that a settlement conference is not currently scheduled.

Accordingly;

**IT IS ORDERED** that the parties will contact the Magistrate Judge by **December 18, 2020** for the purpose of scheduling a settlement conference, which must be held no later than **January 21, 2021**.

New Orleans, Louisiana, this 11th day of December, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 17.