# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OCHEOWELLE OKEKE** | **CIVIL ACTION** |
| **VERSUS** | **NO:   20-0450** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL** | **SECTION: "E" (4)** |

## ORDER

This case has been scheduled for a **Settlement Conference**. Due to COVID-19 and the disruption of normal business operations, all **lead counsel are ORDERED TO APPEAR BY VIDEO[1] on January 12, 2021 at 2:00pm** the undersigned Judge**.**

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **at least two (2) days before the conference**. **Email letter to: efile-roby@laed.uscourts.gov. The subject line should read: "20-0450" 01/12/21 "***(Plaintiff's or Defendant's)* **Paper".**

It is the duty of the parties to notify the undersigned if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket. Two days prior to the scheduled conference, the Court will provide the parties with video conference instructions by email.

---

[1] *Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.*

Settlement Conferences are often unproductive, unless all counsel has authority to settle or access to someone with authority to settle during the conference. **Before the date of the Settlement Conference, the Court requires parties to exchange demands in the attempt to settle the claim without the Court's intervention.**

New Orleans, Louisiana, this 21st day of December 2020.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**