UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. OCHEOWELLE OKEKE,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 20-450 |
| ADMINISTRATORS OF THE TULANE<br>EDUCATIONAL FUND AND DR. JEFFREY WIESE,<br>    Defendant | SECTION: "E" |

## AMENDED SCHEDULING ORDER

Before the Court is a Joint Motion for Mutual Extension of Dispositive Motion Filing Cutoff and Response Dates.[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony must be filed and served no later than **Tuesday, January 5, 2021.** Responses and oppositions to these motions are to be filed and served no later than **Tuesday, January 19, 2021.**

The parties are to comply with the deadlines as set forth below.

| | |
|---|---|
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>*See* **Scheduling Order at p. 3 regarding the format of depositions** | Filed and served no later than **January 5, 2021** |
| Settlement conference (Judge Roby)<br><br>*See* R. Doc. 43. | **January 12, 2021 at 2:00 p.m.** |

---

[1] R. Doc. 41. The Court **GRANTS** expedited consideration of the motion. R. Doc. 42.

1

| | |
|---|---|
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **January 19, 2021** |
| Pretrial order<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **February 1, 2021** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **February 4, 2021 at 1:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **February 11, 2021** at **5:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **February 9, 2021** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **February 18, 2021** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **February 22, 2021** at **5:00 p.m**. |

| | |
|---|---|
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>***See* pretrial notice at p. 9** | Filed and emailed to the Court by **February 22, 2021** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>***See* pretrial notice at p. 9** | Filed by **February 22, 2021** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>***See* pretrial notice at p. 9** | Filed by **February 22, 2021** at **5:00 p.m**. |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at p. 5** | Filed by **February 22, 2021** at **5:00 p.m**. |

3

| | |
|---|---|
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **February 22, 2021** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **February 22, 2021** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **February 24, 2021** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 6** | Filed by **February 24, 2021** at **5:00 p.m**. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>***See* pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **February 24, 2021** at **5:00 p.m.** |

| | |
|---|---|
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Provided to opposing counsel by **February 24, 2021** at **5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **February 25, 2021** at **5:00 p.m.** |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **March 1, 2021 at 9:00 a.m.**<br><br>(estimated to last **4** days) |

**New Orleans, Louisiana on this 22nd day of December, 2020.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**