## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DR. OCHEOWELLE OKEKE,**                    **CIVIL ACTION**
   **Plaintiff**

**VERSUS**                                    **NO.  20-450**

**ADMINISTRATORS OF THE TULANE**              **SECTION: "E"**
**EDUCATIONAL FUND AND DR. JEFFREY WIESE,**
   **Defendant**


## <u>ORDER</u>

On December 1, 2020, Defendant The Administrators of the Tulane Educational Fund ("Tulane") filed an exhibit list[1] and Plaintiff filed a joint witness and exhibit list.[2] The exhibit lists are deficient.[3]

Pursuant to the Court's Scheduling Order,[4] all exhibits in the exhibit lists must be described particularly and must be Bates numbered. Discovery responses and deposition transcripts are not exhibits, and exhibits attached to depositions must be listed separately.

Plaintiff must amend her exhibit list. Discovery responses are not admissible as exhibits.[5] It is insufficient to list "[a]ny and all documents upon which any expert in this matter may rely." Any exhibits to depositions must be listed separately as exhibits. All exhibits must be Bates numbered.

Defendant Tulane must amend its exhibit list to include Bates numbers.[6] Exhibits to depositions must be listed separately as exhibits.[7]

---

[1] R. Doc. 34. Plaintiff's witness list complies with the Court's Scheduling Order. R. Doc. 35.
[2] R. Doc. 37.
[3] Defendant Dr. Jeffrey Wiese also filed a joint witness and exhibit list (R. Doc. 36), but he was dismissed as a party on December 18, 2020. R. Doc. 40.
[4] R. Doc. 17 at 2.
[5] R. Doc. 37 at Exhibit List ¶¶ 1-4, 6, and 9.
[6] R. Doc. 34 at ¶¶ 1-4.
[7] *Id.* at ¶ 21.

Accordingly;

**IT IS ORDERED** that the parties file amended exhibit lists incorporating the requirements described above by no later than **Monday, January 4, 2021, at 5:00 p.m.**

New Orleans, Louisiana on this 22nd day of December, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**