## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DR. OCHEOWELLE OKEKE** | * | **CIVIL ACTION NO. 2:20-CV-00450** |
| | * | |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **ADMINISTRATORS OF THE TULANE** | * | **MAGISTRATE JUDGE** |
| **EDUCATIONAL FUND** | * | **KAREN WELLS ROBY** |
| **AND DR. JEFFREY WIESE** | * | |

## TULANE'S MOTION FOR SUMMARY JUDGMENT

Defendant, The Administrators of the Tulane Educational Fund, respectfully moves this Honorable Court for an Order granting summary judgment in its favor and dismissing the claims of Plaintiff, Dr. Ocheowelle Okeke, with prejudice and in accordance with Federal Rule of Civil Procedure 56. As thoroughly explained and supported in the attached Memorandum in Support, Statement of Undisputed Material Facts, and Exhibits, the facts material to this Motion are undisputed, and the controlling law clearly compels judgment in Defendant's favor.

Respectfully Submitted,

By: /s/ Julie D. Livaudais
Julie D. Livaudais, T.A. (La. Bar No. 1183)
Rosalie M. Haug (La. Bar No. 37720)
    -of-
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:    livaudais@chaffe.com
            haug@chaffe.com

*Attorneys for Defendant, The Administrators of the Tulane Educational Fund*

1

3974879-1