UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. OCHEOWELLE OKEKE,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 20-450 |
| ADMINISTRATORS OF THE<br>TULANE EDUCATIONAL FUND<br>AND DR. JEFFREY WIESE,<br>     Defendants | SECTION: "E" (4) |

## ORDER

On January 14, 2021, this Court issued Gen. Order No. 21-1 suspending all jury trials until May 1, 2021 due to COVID-19.[1]

Accordingly;

**IT IS ORDERED** that the Amended Scheduling Order is hereby **VACATED**.[2] The Court's case manager will contact the parties to select a new trial date and set new pretrial deadlines for those deadlines that have not yet lapsed.

**New Orleans, Louisiana, this 22nd day of January, 2021.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] COVID-19, Gen. Order No. 21-1 (E.D. La. January 14, 2021), *available at* https://www.laed.uscourts.gov/sites/default/files/pdfs/EDLA_General_Order_21-1_Continuing_Jury_Trials.pdf.
[2] R. Doc. 44.