# Transcript of the Testimony of
# Dr. Princess Dennar

### Date taken: December 14, 2020

### Ocheowelle Okeke v. Administrators of the Tulane Educational Fund, et al

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Exhibit 11-A

Page 101

1  recollection about the fact that an intern who
2  was working with Dr. Okeke complained in an
3  evaluation that Dr. Okeke got frustrated easily
4  and was short tempered and the intern was afraid
5  to ask questions for fear of being fussed at?
6      A.   Dr. Okeke?  No, I'm not aware of any,
7  no.
8      Q.   You are not aware of an intern making
9  such a... okay.
10          At any rate, the comment about
11 Dr. Okeke being angry and hard to deal with did
12 not in any way affect her progress through the
13 residency program or put her on any kind of
14 disciplinary status or anything like that, did
15 it?
16     A.   The comment did affect her progress
17 because it weighed on her based on how the
18 resident perceived her.  So if the culture was
19 to perceive her as being an angry black woman or
20 hard to deal with it would affect her ability
21 for other residents to include her, even
22 potentially faculty to include her in
23 opportunities.
24     Q.   She told you that or you are assuming
25 this?

Page 102

1      A.   Both.
2      Q.   Just for the record, I'm going to
3  that intern complaint is Bates stamped Tulane
4  5036, just so we have that notation for the
5  record.
6           Did you ever contact ACGME to ask
7  about emergency department requirements for
8  med-peds and how they should be interpreted?
9      A.   Could you be more specific with that
10 question?
11     Q.   The question is:  Did you ever
12 contact ACGME to ask about emergency department
13 requirements for med-peds residents?
14     A.   How do you define contact?
15     Q.   Telephone, contact electronically,
16 snail mail.
17     A.   I did not contact via telephone,
18 electronically, or snail mail to ACGME.
19     Q.   Did you contact in any other way?
20     A.   I asked questions about emergency
21 during the med-peds program director association
22 meeting where representatives from ACGME were
23 there and we discussed the emergency department.
24     Q.   And what do you remember being told
25 about emergency department rotations in those

Page 103

1  annual meetings?
2      A.   In one of those annual meetings very
3  specifically the question regarding first
4  contact came up and the representative from the
5  ACGME stated that the intent was that the
6  residents were to make first (word not
7  understandable) in an emergency medicine
8  rotation.
9      Q.   Was anything said about whether two
10 weeks emergency department was sufficient if
11 they got another two weeks of some other sort of
12 training?  Did anybody ever say it must be four
13 weeks pure emergency department training?
14     A.   I do not recall.
15     Q.   Did you ever bring this same question
16 to the GMEC, the committee, either your own
17 committee in med-peds or the committee of
18 internal medicine or any other committee at
19 Tulane to ask about the two week, four week
20 differential for emergency department time?
21     A.   I brought it, yes, in the capacity of
22 bringing it to the DIO which was Dr. Wiese.
23     Q.   Well, you have told us about your
24 discussions with Dr. Wiese, but you know what
25 the GMEC is, right?

Page 104

1      A.   If we are talking about the same
2  thing, then graduate medical education committee
3  for which Dr. Wiese is the chair.
4      Q.   Well, there are other people on it,
5  right?
6      A.   I brought it to a member of the GMEC,
7  which was Dr. Wiese.  And I -- yes, I brought it
8  to GMEC by bringing it to Dr. Wiese.
9      Q.   Did you ever ask for GMEC
10 consideration of the question?
11     A.   When I talked to Dr. Wiese I was
12 asking for GMEC consideration for the question.
13     Q.   Do you have an email to that effect
14 that you asked for it to be considered by the
15 GMEC?
16     A.   I do not recall.
17     Q.   Did you ever meet with the GMEC to
18 discuss this issue?
19     A.   I was not allowed to participate with
20 the general medical educational committee and I
21 requested on multiple times to be a participant,
22 so I'm not allowed to participate in GMEC.
23     Q.   You are aware that the GMEC can
24 invite to its meetings anybody it wants,
25 correct?

Page 173

1  Thanks for the clarification.
2      A.   Now, could you repeat the question?
3  Sorry.
4          MS. LIVAUDAIS:
5              Pat, repeat it.  I don't want to
6         say it any differently.
7      (Whereupon, the requested testimony was read
8         by the Court Reporter).
9          THE WITNESS:
10             It depends if we are talking
11        about emergency room rotations generated
12        by the emergency room department, yes.
13        There are ways to complete emergency room
14        rotations because the emergency medicine
15        department create their own rotations that
16        are outside of the emergency room.
17 EXAMINATION BY MS. LIVAUDAIS:
18     Q.   Give me an example of one of those
19 rotations they create.
20     A.   I don't know exactly at Tulane, but I
21 will tell you for some emergency medicine
22 departments they would have residents rotating
23 in ambulance as part of a month of their
24 rotation.  They might have residents rotating in
25 surgery as part of their rotations.  And that is

Page 174

1  generated through the emergency department.
2      Q.   What about at Tulane, though?
3      A.   I don't know the emergency medicine
4  department's rotations at Tulane.  That is
5  generated from the emergency medicine
6  department.
7      Q.   So you do not know if there is a way
8  at Tulane to complete four weeks of emergency
9  medicine except working four weeks in the
10 emergency rooms, right?
11     A.   That was not the initial question.
12 Could you please repeat this question?
13         MS. LIVAUDAIS:
14             Pat, do you mind?
15     (Whereupon, the requested testimony was read
16        by the Court Reporter).
17         THE WITNESS:
18             I do not know all of the
19        emergency medicine rotations that would
20        allow the med-peds residents to complete
21        emergency medicine and experience in the
22        emergency room medicine department that is
23        generated by the emergency medicine
24        department.
25 EXAMINATION BY MS. LIVAUDAIS:

Page 175

1      Q.   Okay.  So since you don't know that,
2  your knowledge is that for your med-peds
3  residents in 2014-2018 to get what you believe
4  to be the -- to satisfy what you believe to be
5  the ACGME requirement for emergency medicine,
6  the only way they could satisfy that requirement
7  was four weeks in the emergency room?
8      A.   I believe at the time that the only
9  way -- excuse me.  The way that they can
10 complete or satisfy that requirement was by
11 rotating in the emergency room.
12         MS. LIVAUDAIS:
13             Let's take about a five-minute
14        break and I'm going to look and see if I
15        have any other questions.
16     (An off-the-record discussion was held.)
17 EXAMINATION BY MS. LIVAUDAIS:
18     Q.   Dr. Dennar, one question I should
19 have asked you when I got started questioning
20 and I didn't.  Have you been alone in the room
21 where you are the whole time you were giving
22 this deposition?
23     A.   Yes, I am.
24     Q.   Have the ACGME requirements for
25 med-peds residents been the same during the

Page 176

1  entire time you have been med-peds program
2  director?
3      A.   No.  Basically -- no, no.
4      Q.   Can you tell us what has changed over
5  the years?
6      A.   Cardiology at one point was a
7  required subspecialty that they had to rotate
8  through and at some point they changed it
9  because people were getting the cardiology
10 experience that they needed and so they changed
11 it to now neurology being a required rotation.
12     Q.   Can you think of any other way it's
13 changed?
14     A.   No.  I can't think of any other way
15 it's changed.
16     Q.   I'm not testing you because I don't
17 know.  I'm just asking that question.  Are you
18 aware that, I think, effective in 2023 ACGME is
19 going to eliminate the emergency medicine
20 requirement?
21     A.   I'm not aware if they are going to
22 eliminate the emergency medicine requirement.
23     Q.   Can you explain to me how four weeks
24 of emergency department rotation is a
25 requirement if a resident can choose to have two