UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. OCHEOWELLE OKEKE,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 20-450 |
| ADMINISTRATORS OF THE<br>TULANE EDUCATIONAL FUND,<br>    Defendant | SECTION: "E" |

## AMENDED SCHEDULING ORDER

In the reply in support of its motion for summary judgment, Defendant The Administrators of the Tulane Educational Fund argued Plaintiff's complaint does not state a cause of action for disparate impact race and sex discrimination claims under Title VII.[1] In her sur-reply, Plaintiff stated she is "entitled to review of her disparate impact and disparate treatment theories under her discrimination claim as pled in her Complaint."[2] In its Order and Reasons entered on Friday, May 21, 2021,[3] the Court stated it would extend the deadline for filing dispositive motions with respect to those claims.[4]

**IT IS HEREBY ORDERED** that the deadline for Defendant's non-evidentiary pretrial motions on Plaintiff's claims for disparate impact race and sex discrimination is set as **Friday, June 4, 2021**. Plaintiff may file an opposition by no later than 5 days following the filing of the motion. Leave is granted to file a reply in support of the motion up to 3 days following the filing of an opposition.

---

[1] *See* R. Doc. 61 at 8 ("This is not a disparate impact case; Plaintiff never pled that and the time to add such a claim has long passed. It certainly cannot be added in an opposition memorandum.").
[2] R. Doc. 65 at 6.
[3] R. Doc. 66 at 1 fn1.
[4] The deadline for non-evidentiary pretrial motions passed on December 22, 2020. R. Doc. 63.

1

The parties shall comply with the following pretrial deadlines:

| | |
|---|---|
| Non-evidentiary pretrial motions on Plaintiff's claims for disparate impact race and sex discrimination | Filed and served no later than **Friday, June 4, 2021.** |
| Responses/oppositions to non-evidentiary pretrial motions on Plaintiff's claims for disparate impact race and sex discrimination | Filed and served no later than **5 days** following the filing of the motion |
| Replies in support of the non-evidentiary pretrial motions on Plaintiff's claims for disparate impact race and sex discrimination | Filed and served no later than **3 days** following the filing of the opposition |
| Pretrial order  **Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **June 15, 2021** at **5:00 p.m.** |
| Pretrial conference  **Attended by lead attorney. (See Local Rule 11.2)** | **June 18, 2021 at 11:00 a.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **June 23, 2021** at **5:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **June 25, 2021** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **June 30, 2021** at **5:00 p.m.** |
| Joint statement of the case  *See* **pretrial notice at p. 8** | Filed by **July 2, 2021** at **5:00 p.m.** |

| | |
|---|---|
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>***See* pretrial notice at p. 9** | Filed and emailed to the Court by **July 2, 2021** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>***See* pretrial notice at p. 9** | Filed by **July 2, 2021** at **5:00 p.m.** |
| Proposed special voir dire questions<br><br>***See* pretrial notice at p. 9** | Filed by **July 2, 2021** at **5:00 p.m.** |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **July 2, 2021** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at p. 5** | Filed by **July 2, 2021** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **July 2, 2021** at **5:00 p.m.** |

| | |
|---|---|
| Responses to objections to exhibits<br><br>*See* **pretrial notice at p. 5** | Filed by **July 7, 2021** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>*See* **pretrial notice at p. 6** | Filed by **July 7, 2021** at **5:00 p.m**. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>*See* **pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **July 7, 2021** at **5:00 p.m.** |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Provided to opposing counsel by **July 7, 2021 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **July 8, 2021** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses.  If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **July 12, 2021 at 9:00 a.m.**<br><br>(estimated to last **4** days) |

**New Orleans, Louisiana, this 21st day of May, 2021.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**