UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. OCHEOWELLE OKEKE,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 20-450 |
| ADMINISTRATORS OF THE<br>TULANE EDUCATIONAL FUND,<br>    Defendant | SECTION: "E" |

## AMENDED SCHEDULING ORDER

In its Order and Reasons entered on Friday, May 21, 2021,[1] the Court stated it would extend the deadline for filing dispositive motions with respect to Plaintiff's disparate impact race and sex discrimination claims.[2] On June 4, 2021, Tulane filed a "Supplemental Memorandum in Support of Motion for Summary Judgment."[3] This pleading does not comply with the Court's Order and Reasons.

**IT IS HEREBY ORDERED** that Tulane file its Motion for Summary Judgment, with an attached Statement of Undisputed Material Facts, with record citations, on Plaintiff's disparate impact race and sex discrimination claims by no later than **Wednesday, June 9, 2021 at 5:00 p.m**. Plaintiff may file an opposition to Tulane's Motion for Summary Judgment by no later than **Monday, June 14, 2021 at 5:00 p.m**. Tulane may file a reply in support of its motion by no later than **Tuesday, June 15, 2021 at 5:00 p.m.**

The deadline for the pretrial order is extended to **Tuesday, June 22, 2021 at 5:00 p.m.** The pretrial conference will be held on **Thursday, June 24, 2021 at 11:00 a.m.**

---

[1] R. Doc. 66 at 1 n1.
[2] The deadline for non-evidentiary pretrial motions passed on December 22, 2020. R. Doc. 63.
[3] R. Doc. 68.

1

The parties shall comply with the following pretrial deadlines:

| | |
|---|---|
| Tulane's Motion for Summary Judgment on Plaintiff's disparate impact race and sex discrimination | Filed and served no later than **Wednesday, June 9, 2021 at 12:00 p.m.** |
| Response in opposition to Tulane's Motion for Summary Judgment on Plaintiff's claims for disparate impact race and sex discrimination | Filed and served no later than **Monday, June 14, 2021 at 5:00 p.m.** |
| Tulane is granted leave to file a reply in support of its motion | Filed and served no later than **Tuesday, June 15, 2021 at 5:00 p.m.** |
| Pretrial order<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **June 22, 2021** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **June 24, 2021 at 11:00 a.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **June 25, 2021** at **5:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **June 25, 2021** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **June 30, 2021** at **5:00 p.m.** |
| Joint statement of the case<br><br>***See* pretrial notice at p. 8** | Filed by **July 2, 2021** at **5:00 p.m**. |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>***See* pretrial notice at p. 9** | Filed and emailed to the Court by **July 2, 2021** at **5:00 p.m.** |

| | |
|---|---|
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>***See* pretrial notice at p. 9** | Filed by **July 2, 2021** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>***See* pretrial notice at p. 9** | Filed by **July 2, 2021** at **5:00 p.m**. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **July 2, 2021** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at p. 5** | Filed by **July 2, 2021** at **5:00 p.m**. |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **July 2, 2021** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **July 7, 2021** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 6** | Filed by **July 7, 2021** at **5:00 p.m**. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>***See* pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **July 7, 2021** at **5:00 p.m.** |

| | |
|---|---|
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Provided to opposing counsel by **July 7, 2021 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **July 8, 2021** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **July 12, 2021 at 9:00 a.m.**<br><br>(estimated to last **4** days) |

**New Orleans, Louisiana, this 7th day of June, 2021.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

4