UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. OCHEOWELLE OKEKE,<br>      Plaintiff | CIVIL ACTION |
| VERSUS | NO. 20-450 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, ET AL.,<br>      Defendants | SECTION: "E" (4) |

## JUDGMENT

Considering the Court's Order and Reasons entered June 26, 2021;[1]

**IT IS ORDERED ADJUDGED AND DECREED** that judgment is granted in favor of The Administrators of the Tulane Educational Fund and against Dr. Ocheowelle Okeke.

**New Orleans, Louisiana, this 28th day of June, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 82.